# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3306
_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Guadalupe Olguin, also known as Chano

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: July 22, 2026
Filed: July 27, 2026
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Anthony Olguin appeals the below-Guidelines-range sentence imposed by the district court[1] after he pled guilty to a drug offense. His counsel has moved to

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as there is no indication the court failed to consider a relevant factor, gave significant weight to an improper factor, or committed a clear error of judgment in weighing the proper factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing substantive reasonableness); <u>see also</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (when district court varied below Guidelines range, it is "nearly inconceivable" that the court abused its discretion by not varying further); <u>United States v. Farmer</u>, 647 F.3d 1175, 1179 (8th Cir. 2011) (simply because district court weighed factors more heavily than defendant preferred does not mean the court abused its discretion).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm the judgment.

_____